UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                        Case No. 21-30303
                                         Originating No. 21-40089

**SARA RAE KILGORE**

    aka "Queen"
    aka "Heaven",

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SARA RAE KILGORE,** to answer to charges pending in another federal district, and states:

    1. On **June 22, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of South Dakota based on an Indictment**. Defendant is charged in that district with violation of **21 U.S.C. §841(a)(1) and 846- Conspiracy to Distribute a Controlled Substance.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Robert Moran
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
robert.moran@usdoj.gov
(313) 226-9553

Dated: June 22, 2021